| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00189-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Thu Jun 27 21:06:37 EDT 2024 | 4400 HUNT PL NE LLC<br>4400 HUNT PL NE #B1<br>Washington, DC 20019-3663 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Alicea Boots<br>4400 Hunt Place, NE Unit 104<br>Washington, DC 20019-3603 | Asia Taylor<br>4400 Hunt Place, NE Unit 200<br>Washington, DC 20019-3623 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>P.O. BOX 37559<br>WASHINGTON DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 | Delonta Richardson<br>4400 Hunt Place, NE Unit 204<br>Washington, DC 20019-3629 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Edward Taylor<br>4400 Hunt Pl, NE Unit 102<br>Washington, DC 20019-3603 | Efrem Perkins<br>4400 Hunt Place, NE Unit 300<br>Washington, DC 20019-3632 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jamar Bush<br>4400 Hunt Place, NE Unit 203<br>Washington, DC 20019-3629 | Janae Caesar<br>4400 Hunt Place, NE Unit 303<br>Washington, DC 20019-3632 |
| Lisa Warren<br>4400 Hunt Place, NE Unit 301<br>Washington, DC 20019-3632 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | Richard Fulton<br>4400 Hunt Place, NE Unit 302<br>Washington, DC 20019-3632 | Sebrina Riggins<br>400 Hunt Pl, NE Unit 101<br>Washington, DC 20019 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 |
| Vanecia Walker<br>4400 Hunt Place, NE Unit 201<br>Washington, DC 20019-3623 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients   24
Bypassed recipients    1
Total                 25