IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) ) ) | |
| 4400 HUNT PL NE LLC | ) ) | Case No. 24-00189-ELG |
| | ) ) | Chapter 11 |
| *Debtor.* | ) ) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Emil Hirsch, Esq. of Carlton Fields, P.A., as counsel for District of Columbia Water and Sewer Authority, hereby appears in this case and requests copies of all notices, motions, pleadings, and other documents given or served in this case pursuant to Fed. R. Bankr. P. 2002, or otherwise upon:

> Emil Hirsch, Esq.
> CARLTON FIELDS, P.A.
> 1025 Thomas Jefferson St. NW, Suite 400W
> Washington, D.C. 20007
> Telephone: (202) 965-8184
> Email: ehirsch@carltonfields.com

July 12, 2024

Respectfully submitted,

*/s/ Emil Hirsch*
Emil Hirsch (D.C. Bar 0930479)
CARLTON FIELDS, P.A.
1025 Thomas Jefferson St., NW, Suite 400W
Washington, D.C. 20007
Telephone: (202) 965-8184
Fax: (202) 965-8104

*Attorney for District of Columbia Water and Sewer Authority.*

1

134172269v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic mail using the Court's CM/ECF system on July 12, 2024 to all parties involved.

*/s/Emil Hirsch*_____
Emil Hirsch, Esq.

136321712.1