US Trustee Form 11 - Monthly Operating Report

4400 Hunt Pl NE LLC

Case No. 24-00189

Lead Case No. 24-00180

Period ending 03/31/2025

Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

In connection with the jointly administered bankruptcy cases, with the lead case being 1416 Eastern Ave NE LLC (Case No. 24-00180), the Trustee established a Professional Reserve Account at Axos Bank (account ending in 0687). On March 5, 2025, 4400 Hunt Pl NE LLC transferred $17,500 into the Professional Reserve Account, in accordance with the cash collateral budget. This transfer is reflected in the Form 2 as a disbursement from the owner's account.

# 4400 Hunt Place SE LLC
# MONTHLY OPERATIONAL SUMMARY REPORT

## MARCH 2025

### Prepared for:

Marc Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

### Prepared by:
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







**Marc Albert Chapter 11 Trustee**
**4400 Hunt Place SE LLC**
**March 2025 Monthly Operational Summary**

Below is a summary of the property management activity during the month of March 2025.

**Income:**  During the month $11,562.00 was collected by management and deposited into the operating bank account.

**Delinquent – Rent Income Fee: - $31,714.00.**
See attached aged Delinquency Report for the month of March 2025.

**Vacancies – 2 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $11,285.58 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of March 31, 2025, the outstanding payables totaled $48,691.92. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $11,285.58 (see attached check summary).

**Banking:**

1. Operating Account (TD Bank) – As of March 31, 2025, the account statement balance was $8,100.00. The available and reconciled cash balance as of March 31, 2025, was $8,100.00.

2. Disbursement Account (Axos Bank) – As of March 31, 2025, the bank statement balance was $4,791.52.  The available and reconciled cash balance as March 31, 2025 was $4,791.52.

3. Owner's Account (Axos Bank) – As of March 31, 2025, the ledger balance was $92,453.97.  The available and reconciled cash balance as March 31, 2025 was $92,453.97.

**4400 Hunt Place SE LLC**
**Deposit Register**
**Deposit Date = 03/01/2025 - 03/31/2025**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(4400h2) - 10  03/11/2025** | | | | | | | |
| Fulton,Richard | 4400 | 302 | t0008247 | 03-2025 | 3/11/2025 | 827.00 | 469 |
| **Total (4400h2) - 10  03/11/2025** | | | | | | **827.00** | |
| | | | | | | | |
| **(4400h2) - 11  03/21/2025** | | | | | | | |
| Taylor,Edward | 4400 | 102 | t0008237 | 03-2025 | 3/21/2025 | 1,343.00 | 2342795 |
| Taylor,Edward | 4400 | 102 | t0008237 | 03-2025 | 3/21/2025 | 1,281.00 | 2355670 |
| Taylor,Edward | 4400 | 102 | t0008237 | 03-2025 | 3/21/2025 | 1,281.00 | 2355759 |
| **Total (4400h2) - 11  03/21/2025** | | | | | | **3,905.00** | |
| | | | | | | | |
| **(4400h) - 30  03/04/2025** | | | | | | | |
| Tyler,Donnice | 4400 | 103 | t0008238 | 03-2025 | 3/4/2025 | 1,154.00 | 11037626 |
| Walker,Vanecia | 4400 | 201 | t0008241 | 03-2025 | 3/4/2025 | 1,154.00 | 11037626 |
| Newby,Jacqueline | 4400 | 202 | t0008242 | 03-2025 | 3/4/2025 | 909.00 | 11037626 |
| Richardson,Delonta | 4400 | 204 | t0008244 | 03-2025 | 3/4/2025 | 1,154.00 | 11037626 |
| Warren,Lisa | 4400 | 301 | t0008246 | 03-2025 | 3/4/2025 | 881.00 | 11037626 |
| Fulton,Richard | 4400 | 302 | t0008247 | 03-2025 | 3/4/2025 | 327.00 | 11037626 |
| **Total (4400h) - 30  03/04/2025** | | | | | | **5,579.00** | |
| | | | | | | | |
| **(4400h) - 32  03/03/2025** | | | | | | | |
| GWUL Lease Up | 4400 | | | 03-2025 | 3/3/2025 | 1,251.00 | ACH 030325 |
| **Total (4400h) - 32  03/03/2025** | | | | | | **1,251.00** | |
| | | | | | | **11,562.00** | |

**4400 Hunt Place SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending March 31, 2025**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---|---|
| | **Rental Income** | | |
| 5120 | Rent Income | 4,580.00 | 7,143.00 |
| 5121 | Housing Assist Payments | 5,579.00 | 29,326.00 |
| | **Total Rental Income** | 10,159.00 | 36,469.00 |
| | **Miscellaneous Income** | | |
| 5174 | Water Fee | 90.00 | 90.00 |
| 5301 | Late Fees | 62.00 | 913.20 |
| 5990 | Miscellaneous Income | 1,251.00 | 3,753.00 |
| | **Total Miscellaneous Income** | 1,403.00 | 4,756.20 |
| | **TOTAL INCOME** | $   11,562.00 | $   41,225.20 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| 6320 | Management Fee | 2,500.00 | 2,500.00 |
| 6390 | Misc/Admin Expense | - | 250.00 |
| | **Total Administrative Expenses** | 2,500.00 | 2,750.00 |
| | **Utilities** | | |
| | **Total Utilities** | - | - |
| | **Operating & Maintenance Expense** | | |
| 6521 | Janitor & Cleaning Contract | - | 1,944.00 |
| 6523 | Landscape Maintenance | - | 950.00 |
| 6525 | Garbage and Trash Removal | 600.00 | 1,726.78 |
| 6548 | Snow Removal | - | 480.00 |
| | **Total Operating & Maintenance Expense** | 600.00 | 5,100.78 |
| | **Insurance & Taxes** | | |
| 6710 | Real Estate Taxes | 6,615.00 | 6,615.00 |
| 6720 | Property & Liability Ins | 1,570.58 | 3,310.65 |
| 6790 | Misc Taxes, Lic, Permits | - | 103.00 |
| | **Total Insurance & Taxes** | 8,185.58 | 10,028.65 |
| | **TOTAL OPERATING EXPENSE** | $   11,285.58 | $   17,879.43 |
| | **NET OPERATING INCOME/(LOSS)** | $   276.42 | $   23,345.77 |
| | **Financial Expenses** | | |
| | **Total Financial Expenses** | - | - |

**4400 Hunt Place SE LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending March 31, 2025**

| Account Description | MTD Actual | YTD Actual |
|---|---|---|
| **NET INCOME (LOSS)** | $ 276.42 | $ 23,345.77 |
| **Replacement Reserve Item Expense** | | |
| **Total Replacement Reserve Item Expense** | - | - |
| **Other Cash Flow Items** | | |
| **Total Other Cash Flow Items** | - | - |
| **TOTAL CASH FLOW** | $ 276.42 | $ 23,345.77 |

**4400 Hunt Place SE LLC**
**General Ledger (Cash)**
**Month = Mar 2025**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|----------|------|--------|-------------|---------|-----------|-------|--------|---------|---------|
| 6320 | | | **Management Fee** | | | | | **0.00 = Beginning Balance =** | |
| 4400 | 3/6/2025 | 03-2025 | Noble Realty Advisors LLC (noble) | K-156531 | 113 | 2,500.00 | 0.00 | 2,500.00 | Monthly Mgt Fee |
| | | | **Net Change=2,500.00** | | | | | **2,500.00 = Ending Balance =** | |
| | | | | | | | | | |
| 6390 | | | **Misc/Admin Expense** | | | | | **250.00 = Beginning Balance =** | |
| | | | **Net Change=0.00** | | | | | **250.00 = Ending Balance =** | |
| | | | | | | | | | |
| 6521 | | | **Janitor & Cleaning Contract** | | | | | **1,944.00 = Beginning Balance =** | |
| | | | **Net Change=0.00** | | | | | **1,944.00 = Ending Balance =** | |
| | | | | | | | | | |
| 6523 | | | **Landscape Maintenance** | | | | | **950.00 = Beginning Balance =** | |
| | | | **Net Change=0.00** | | | | | **950.00 = Ending Balance =** | |
| | | | | | | | | | |
| 6525 | | | **Garbage and Trash Removal** | | | | | **1,126.78 = Beginning Balance =** | |
| 4400 | 3/6/2025 | 03-2025 | D&K Trash Removal (dktrash) | K-156530 | 112 | 600.00 | 0.00 | 1,726.78 | Trash and bulk trash removal |
| | | | **Net Change=600.00** | | | | | **1,726.78 = Ending Balance =** | |
| | | | | | | | | | |
| 6548 | | | **Snow Removal** | | | | | **480.00 = Beginning Balance =** | |
| | | | **Net Change=0.00** | | | | | **480.00 = Ending Balance =** | |
| | | | | | | | | | |
| 6710 | | | **Real Estate Taxes** | | | | | **0.00 = Beginning Balance =** | |
| 4400 | 3/26/2025 | 03-2025 | Office of Tax and Revenue DC Real Prop Tax (otr-rpt) | K-157545 | 2009 | 6,615.00 | 0.00 | 6,615.00 | Real Property Tax re 4400 |
| | | | **Net Change=6,615.00** | | | | | **6,615.00 = Ending Balance =** | |
| | | | | | | | | | |
| 6720 | | | **Property & Liability Ins** | | | | | **1,740.07 = Beginning Balance =** | |
| 4400 | 3/4/2025 | 03-2025 | East Insurance Group | J-73799 | | 1,570.58 | 0.00 | 3,310.65 | Premium 10 Properties |
| | | | **Net Change=1,570.58** | | | | | **3,310.65 = Ending Balance =** | |
| | | | | | | | | | |
| 6790 | | | **Misc Taxes, Lic, Permits** | | | | | **103.00 = Beginning Balance =** | |
| | | | **Net Change=0.00** | | | | | **103.00 = Ending Balance =** | |
| | | | **Grand Total** | | | 11,285.58 | 0.00 | | |

**4400 Hunt Place SE LLC**
**Trial Balance (Cash)**
**Month = Mar 2025**

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|
| 1010 | Operating Cash | 1,270.00 | 6,830.00 | 0.00 | 8,100.00 |
| 1016 | Owner's Account | 118,139.55 | 0.00 | 25,685.58 | 92,453.97 |
| 1020 | Cash-Surplus | 138.57 | 0.00 | 0.00 | 138.57 |
| 1021 | Operating Reserve | 0.00 | 17,500.00 | 0.00 | 17,500.00 |
| 1038 | Operating Account - 2 | 3,159.52 | 1,632.00 | 0.00 | 4,791.52 |
| 2090 | Other Current Liabilities | (36,020.03) | 0.00 | 0.00 | (36,020.03) |
| 3800 | Retained Earnings | (63,618.26) | 0.00 | 0.00 | (63,618.26) |
| 5120 | Rent Income | (2,563.00) | 0.00 | 4,580.00 | (7,143.00) |
| 5121 | Housing Assist Payments | (23,747.00) | 0.00 | 5,579.00 | (29,326.00) |
| 5174 | Water Fee | 0.00 | 0.00 | 90.00 | (90.00) |
| 5301 | Late Fees | (851.20) | 0.00 | 62.00 | (913.20) |
| 5990 | Miscellaneous Income | (2,502.00) | 0.00 | 1,251.00 | (3,753.00) |
| 5991 | Owner Advance | 0.00 | 0.00 | 0.00 | 0.00 |
| 6320 | Management Fee | 0.00 | 2,500.00 | 0.00 | 2,500.00 |
| 6390 | Misc/Admin Expense | 250.00 | 0.00 | 0.00 | 250.00 |
| 6521 | Janitor & Cleaning Contract | 1,944.00 | 0.00 | 0.00 | 1,944.00 |
| 6523 | Landscape Maintenance | 950.00 | 0.00 | 0.00 | 950.00 |
| 6525 | Garbage and Trash Removal | 1,126.78 | 600.00 | 0.00 | 1,726.78 |
| 6548 | Snow Removal | 480.00 | 0.00 | 0.00 | 480.00 |
| 6710 | Real Estate Taxes | 0.00 | 6,615.00 | 0.00 | 6,615.00 |
| 6720 | Property & Liability Ins | 1,740.07 | 1,570.58 | 0.00 | 3,310.65 |
| 6790 | Misc Taxes, Lic, Permits | 103.00 | 0.00 | 0.00 | 103.00 |
| | **Grand Total** | **0.00** | **37,247.58** | **37,247.58** | **0.00** |

**4400 Hunt Place SE LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Mar 2025**

| Account | Mar 2025 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | 8,100.00 |
| Owner's Account | 92,453.97 |
| Cash-Surplus | 138.57 |
| Operating Reserve | 17,500.00 |
| Operating Account - 2 | 4,791.52 |
| **TOTAL CASH** | $ 122,984.06 |
| **CURRENT ASSETS** | |
| **TOTAL CURRENT ASSETS** | $ - |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | **$ 122,984.06** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| Other Current Liabilities | 36,020.03 |
| **TOTAL CURRENT LIABILITIES** | $ 36,020.03 |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 86,964.03 |
| **TOTAL OWNER'S EQUITY** | $ 86,964.03 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 122,984.06** |

**4400 Hunt Place SE LLC**
**Residential Rent Roll**
As of Date 03/31/2025

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|------|-----------|-----------|----------|------|-------------|--------|-----------------|---------------|---------|-----------|----------|---------|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 100 | 2 | 0 | VACANT | VACANT | 2,030.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 101 | 2 | 0 | t0008236 | Sebrina Riggins | 1,154.00 | 1,154.00 | 0.00 | 0.00 | 9/1/2024 | | | 3,448.00 |
| 102 | 2 | 0 | t0008237 | Edward Taylor | 1,281.00 | 1,281.00 | 0.00 | 0.00 | 11/23/2022 | | | 0.00 |
| 103 | 2 | 0 | t0008238 | Donnice Tyler | 1,154.00 | 1,154.00 | 0.00 | 0.00 | 9/1/2024 | | | 0.00 |
| 104 | 2 | 0 | t0008239 | Alicea Boots | 2,226.00 | 2,226.00 | 0.00 | 0.00 | 8/1/2023 | | | 2,226.00 |
| 200 | 2 | 0 | VACANT | VACANT | 2,226.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 201 | 2 | 0 | t0008241 | Vanecia Walker | 1,154.00 | 1,154.00 | 0.00 | 0.00 | 9/1/2024 | | | 0.00 |
| 202 | 2 | 0 | t0008242 | Jacqueline Newby | 1,154.00 | 1,154.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,715.00 |
| 203 | 2 | 0 | t0008243 | Jamar Bush | 2,090.00 | 2,090.00 | 0.00 | 0.00 | 9/1/2024 | | | 2,450.00 |
| 204 | 2 | 0 | t0008244 | Delonta Richardson | 1,154.00 | 1,154.00 | 0.00 | 0.00 | 9/1/2024 | | | 0.00 |
| 300 | 2 | 0 | t0008245 | Efrem Perkins | 1,251.00 | 1,251.00 | 0.00 | 0.00 | 9/1/2024 | | | 8,757.00 |
| 301 | 2 | 0 | t0008246 | Lisa Warren | 1,154.00 | 1,154.00 | 0.00 | 0.00 | 9/1/2024 | | | 1,911.00 |
| 302 | 2 | 0 | t0008247 | Richard Fulton | 1,154.00 | 1,154.00 | 0.00 | 0.00 | 9/1/2024 | | | 0.00 |
| 303 | 2 | 0 | t0008248 | Janae Ceasar | 2,090.00 | 2,090.00 | 0.00 | 0.00 | 12/16/2020 | | | 2,450.00 |
| 304 | 2 | 0 | t0008249 | Ahmad Yancy | 1,251.00 | 1,251.00 | 0.00 | 0.00 | 1/17/2024 | | | 8,757.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---------------|-------------|---------------|-----------------|---------------|-----------|-----------|---------|
| Current/Notice Res. | | | 18,267.00 | 0.00 | 0.00 | | | 31,714.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| | | | | | | | | |
| Occupied Units | 0 | 18,267.00 | | | | 13 | 86.67% | |
| Vacant Units | 0 | 4,256.00 | | | | 2 | 13.33% | |
| Totals: | 0 | 22,523.00 | 18,267.00 | 0.00 | 0 | 15 | 100.00% | 31,714.00 |

## Aged Receivables Report

Detail by Resident
Property: 4400 Hunt Place SE LLC (4400)
Trans through :3/2025

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------|-------------|--------------|--------------|--------------|-------------|---------|
| **4400** | **- 4400 Hunt Place SE LLC** | | | | | | | | |
| 101 | t0008236 | Sebrina Riggins | 3,448.00 | 1,154.00 | 1,154.00 | 228.00 | 912.00 | 0.00 | 3,448.00 |
| 104 | t0008239 | Alicea Boots | 2,226.00 | 2,226.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,226.00 |
| 202 | t0008242 | Jacqueline Newby | 1,715.00 | 245.00 | 245.00 | 1,154.00 | 71.00 | 0.00 | 1,715.00 |
| 203 | t0008243 | Jamar Bush | 2,450.00 | 2,090.00 | 60.00 | 60.00 | 240.00 | 0.00 | 2,450.00 |
| 300 | t0008245 | Efrem Perkins | 8,757.00 | 1,251.00 | 1,251.00 | 1,251.00 | 5,004.00 | 0.00 | 8,757.00 |
| 301 | t0008246 | Lisa Warren | 1,911.00 | 273.00 | 273.00 | 273.00 | 1,092.00 | 0.00 | 1,911.00 |
| 303 | t0008248 | Janae Ceasar | 2,450.00 | 2,090.00 | 60.00 | 60.00 | 240.00 | 0.00 | 2,450.00 |
| 304 | t0008249 | Ahmad Yancy | 8,757.00 | 1,251.00 | 1,251.00 | 1,251.00 | 5,004.00 | 0.00 | 8,757.00 |
| **Total 4400** | | | **31,714.00** | **10,580.00** | **4,294.00** | **4,277.00** | **12,563.00** | **0.00** | **31,714.00** |
| **Total** | | | **31,714.00** | **10,580.00** | **4,294.00** | **4,277.00** | **12,563.00** | **0.00** | **31,714.00** |

**4400 Hunt Place SE LLC**
**Payable - Aging Summary**
**Age as of = 03/31/2025**

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---|---|---|---|---|
| **4400 Hunt Place SE LLC - 4400** | | | | | |
| dc - DC Water and Sewer Authority | 34,189.87 | 4,318.21 | 5,008.80 | 5,334.95 | 19,527.91 |
| dktrash - D&K Trash Removal | 800.00 | 800.00 | 0.00 | 0.00 | 0.00 |
| erlock - Ernie's Lock Company | 279.95 | 0.00 | 279.95 | 0.00 | 0.00 |
| firstprior - First Priority Locksmith Inc. | 510.00 | 0.00 | 0.00 | 0.00 | 510.00 |
| joma - JOMA Lawn Care & Tree Experts | 615.00 | 0.00 | 615.00 | 0.00 | 0.00 |
| noble - Noble Realty Advisors LLC | 9,213.62 | 0.00 | 5,924.95 | 3,288.67 | 0.00 |
| wbwaste - WB Waste Solutions | 167.48 | 0.00 | 167.48 | 0.00 | 0.00 |
| whiteglove - White Glove Commercial Cleaning | 2,916.00 | 0.00 | 1,944.00 | 0.00 | 972.00 |
| **Total 4400 Hunt Place SE LLC** | **48,691.92** | **5,118.21** | **13,940.18** | **8,623.62** | **21,009.91** |
| **Grand Total** | **48,691.92** | **5,118.21** | **13,940.18** | **8,623.62** | **21,009.91** |

### 4400 Hunt Place SE LLC
### Payment Summary
### Payment Date = 03/01/2025 - 03/31/2025

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|------|--------|--------|-----------|-----------|-------------|-----------------|
| 4400h1 - Marc E Albert - Axos Bank | 2009 | otr-rpt - Office of Tax and Revenue DC Real Prop Tax | 3/26/2025 | 03-2025 | 6,615.00 | 3/31/2025 |
| 4400h1 - Marc E Albert - Axos Bank | | East Insurance Group | 3/4/2025 | 03-2025 | 1,570.58 | 3/31/2025 |
| 4400h2 - 4400 Hunt Cash Disbursements | 112 | dktrash - D&K Trash Removal | 3/6/2025 | 03-2025 | 600.00 | 3/31/2025 |
| 4400h2 - 4400 Hunt Cash Disbursements | 113 | noble - Noble Realty Advisors LLC | 3/6/2025 | 03-2025 | 2,500.00 | 3/31/2025 |
| | | | | | **11,285.58** | |

**4400 Cash Receipts**

**Bank Reconciliation Report**

**3/31/2025**

████0127

| | |
|---|---|
| **Balance Per Bank Statement as of 3/31/2025** | **8,100.00** |
| **Reconciled Bank Balance** | **8,100.00** |
| | |
| **Balance per GL as of 3/31/2025** | **8,100.00** |
| **Reconciled Balance Per G/L** | **8,100.00** |
| | |
| **Difference**   (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |



# TD Bank

**America's Most Convenient Bank®**

E    **STATEMENT OF ACCOUNT**

4400 HUNT PL NE LLC
MARC ALBERT CHAPTER 11 TRUSTEE
1775 PENNSYLVANIA AVENUE N.W. SUITE 800
WASHINGTON DC  20006

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Mar 01 2025-Mar 31 2025 |
| Cust Ref #: | 4365000127-717-E-*** |
| Primary Account #: | ███████0127 |

## TD Business Convenience Plus

4400 HUNT PL NE LLC
MARC ALBERT CHAPTER 11 TRUSTEE

Account # ███████0127

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,270.00 | Average Collected Balance | 7,479.38 |
| Electronic Deposits | 6,830.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 8,100.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | CCD DEPOSIT, GWUL LEASE UP | 1,251.00 |
| 03/04 | CCD DEPOSIT, DISTRICT OF COLU HCVP FEDER 851069628 | 5,579.00 |
| | Subtotal: | 6,830.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 1,270.00 | 03/04 | 8,100.00 |
| 03/03 | 2,521.00 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

Page:                    2 of 3

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

**❶**  Ending Balance _____ 8,100.00

**❷**  Total Deposits  + _____

**❸**  Sub Total _____

**❹**  Total Withdrawals  - _____

**❺**  Adjusted Balance _____

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

4400 HUNT PL NE LLC
MARC ALBERT CHAPTER 11 TRUSTEE

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Mar 01 2025-Mar 31 2025 |
| Cust Ref #: | 0127-717-E-*** |
| Primary Account #: | 0127 |

We're committed to keeping you informed when it comes to your banking and want you to know about upcoming changes to your TD Bank Business Deposit Account Agreement.

**TD Bank s Funds Availability Policy will be changing by July 1, 2025.**

When you deposit a check, we'll continue to make $100 available immediately and, typically, make the remaining funds available by the end of the first business day after we receive your deposit. **However, if a hold is placed on a check deposit, by July 1, you'll have access to more funds as follows:**

- **Today:** If a hold is applied, an additional $125 is available by the end of the first business day after we receive your deposit.
- **By July 1:** We'll increase the amount available to $175. This means, the first $275 of your deposit will be available by the end of the first business day after we receive your deposit.

**We ll also make more of your funds available for larger deposits:**

- **Today:** Typically, we make the first $5,525 of a day s total deposits available by the end of the first business day after we receive your deposit. Please see the TD Bank Business Deposit Account Agreement for details.

- **By July 1:** We ll increase that amount to $6,725.

**Questions?**
Visit any TD Bank or call us at **1-888-751-9000**. We're glad to help.

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

**4400 Hunt Cash Disbursements**

**Bank Reconciliation Report**

**3/31/2025**

██████2851

| | |
|---|---:|
| **Balance Per Bank Statement as of 3/31/2025** | **4,791.52** |
| **Reconciled Bank Balance** | **4,791.52** |
| | |
| **Balance per GL as of 3/31/2025** | **4,791.52** |
| **Reconciled Balance Per G/L** | **4,791.52** |
| | |
| **Difference**    (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |



Date   3/31/25          Page        1
Primary Account         ■■■■■2851

4400 HUNT PINE LLC
4400 Hunt PINE LLC, Debtor Case
No. 24-00189-ELG Chapter 11
11000 BROKEN LAND PARKWAY STE. 410
COLUMBIA MD 21044

Account Title:          4400 HUNT PINE LLC
                        4400 Hunt PINE LLC, Debtor Case
                        No. 24-00189-ELG Chapter 11

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 2 |
| Account Number | ■■■■2851 | Statement Dates   3/03/25 thru  3/31/25 | |
| Previous Balance | 34.52 | Days in the statement period | 29 |
| 12 Deposits/Credits | 10,941.11 | Avg Daily Ledger | 2,758.55 |
| 11 Checks/Debits | 6,184.11 | Avg Daily Collected | 2,326.07 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 4,791.52 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/03 | Returned NSF Item Credit | 175.02 |
| 3/03 | Returned NSF Item Credit | 233.12 |
| 3/03 | Returned NSF Item Credit | 265.36 |
| 3/03 | Returned NSF Item Credit | 277.31 |
| 3/03 | Returned NSF Item Credit | 282.34 |
| 3/03 | Returned NSF Item Credit | 383.72 |
| 3/03 | Returned NSF Item Credit | 383.72 |
| 3/03 | Returned NSF Item Credit | 489.80 |
| 3/03 | Returned NSF Item Credit | 593.72 |
| 3/05 | MyDeposit | 3,125.00 |
| 3/11 | MyDeposit | 827.00 |
| 3/21 | MyDeposit | 3,905.00 |



```
Date   3/31/25          Page      2
Primary Account         ████2851
```

Commercial Checking              ████2851   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 3/03 | 2027146241 WBWASTESOLUTIONS<br>WEB 242071759479214<br>US REALTY SERVICES SIT<br>579478655 | 175.02- |
| 3/03 | 2027146241 WBWASTESOLUTIONS<br>WEB 242071759479208<br>US REALTY SERVICES SIT<br>579469833 | 233.12- |
| 3/03 | 2027146241 WBWASTESOLUTIONS<br>WEB 242071759479212<br>US REALTY SERVICES SIT<br>579476603 | 265.36- |
| 3/03 | 2027146241 WBWASTESOLUTIONS<br>WEB 242071759479216<br>US REALTY SERVICES SIT<br>579480199 | 277.31- |
| 3/03 | 2027146241 WBWASTESOLUTIONS<br>WEB 242071759479209<br>US REALTY SERVICES SIT<br>579474591 | 282.34- |
| 3/03 | 2027146241 WBWASTESOLUTIONS<br>WEB 242071759479210<br>US REALTY SERVICES SIT<br>579475783 | 383.72- |
| 3/03 | 2027146241 WBWASTESOLUTIONS<br>WEB 242071759479213<br>US REALTY SERVICES SIT<br>579478453 | 383.72- |
| 3/03 | 2027146241 WBWASTESOLUTIONS<br>WEB 242071759479215<br>US REALTY SERVICES SIT<br>579478835 | 489.80- |
| 3/03 | 2027146241 WBWASTESOLUTIONS<br>WEB 242071759479211<br>US REALTY SERVICES SIT<br>579476263 | 593.72- |



Date   3/31/25          Page       3
Primary Account        ████2851

Commercial Checking          ████2851   (Continued)

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 3/10 | 112 | 600.00 | 3/11 | 113 | 2,500.00 |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/03 | 34.52 | 3/10 | 2,559.52 | 3/21 | 4,791.52 |
| 3/05 | 3,159.52 | 3/11 | 886.52 | | |

**\*\*\* END OF STATEMENT \*\*\***

**4400 Hunt Pl NE LLC, Debtor**
Case No. 24-00189-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122

112

**** SIX HUNDRED AND 00/100 DOLLARS

03/06/2025        $600.00******

TO THE
ORDER OF

D&K Trash Removal
7529 Zoe Lane
Laurel, MD    20723

NOBLE
Noble Realty Advisory LLC

VOID AFTER 90 DAYS

Check  112   Date: 03/10   Amount: $600.00



**4400 Hunt Pl NE LLC, Debtor**
Case No. 24-00189-ELG
Chapter 11
1100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122

113

**** TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

03/06/2025        $2,500.00***

TO THE
ORDER OF

Noble Realty Advisors LLC
11000 Broken Land Parkway
Suite 410
Baltimore, MD    21044

NOBLE

VOID AFTER 90 DAYS

Check  113   Date: 03/11   Amount: $2,500.00

**IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS**

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER **FDIC**  **EQUAL HOUSING LENDER**

**Marc E Albert - Axos Bank**

**Bank Reconciliation Report**

**3/31/2025**

**XXXX  0620**

| | |
|---|---:|
| **Balance Per Bank Statement as of 3/31/2025** | 92,453.97 |
| **Reconciled Bank Balance** | 92,453.97 |
| | |
| **Balance per GL as of 3/31/2025** | 92,453.97 |
| **Reconciled Balance Per G/L** | 92,453.97 |
| | |
| **Difference**     (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 24-00189 | Trustee Name: Marc E. Albert DC Ch 11 |
|---|---|
| Case Name: 4400 HUNT PL NE LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0620 |
| | Checking |
| Taxpayer ID No: XX-XXX9628 | Blanket Bond (per case limit): |
| For Period Ending: 04/14/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/19/24 | | 4400 Hunt PL NE LLC<br>c/o Marc Albert, Trustee<br>1775 Pennsylvania Ave. NW<br>Ste 800<br>Washington, DC 20006 | Trust Account Sweep<br>Trustee Account Sweep from<br>TD Bank Account | | $87,581.03 | | $87,581.03 |
| 11/25/24 | 2001 | International Sureties, LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond #612419725<br>Case No. 24-00189<br>Chapter 11 Bond re 4400 Hunt<br>PL NE, LLC | 0000-000 | | $406.00 | $87,175.03 |
| 11/26/24 | 2002 | 4400 Hunt Pl NE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property<br>Management for Operational<br>Costs | 0000-000 | | $3,813.00 | $83,362.03 |
| 12/10/24 | | 4400 Hunt Pl NE LLC<br>4400 Hunt Pl NE #100<br>Washington, DC 20019 | Account Sweep December<br>2024 | | $14,316.00 | | $97,678.03 |
| 12/13/24 | 2003 | 4400 Hunt Pl NE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property<br>Management for Operational<br>Costs | 0000-000 | | $143.80 | $97,534.23 |
| 01/13/25 | 2004 | Noble Realty Advisors, LLC<br>11000 Broken Land Parkway<br>Suite #410<br>Columbia, MD 21044 | Funding to Property<br>Management for Operational<br>Costs | 0000-000 | | $2,085.30 | $95,448.93 |
| 01/14/25 | | 4400 Hunt Pl NE LLC<br>c/o Marc Albert Trustee<br>1775 Pennsylvania Ave NW<br>Ste. 800<br>Washington, DC 20006 | Account Sweep | | $14,042.00 | | $109,490.93 |
| 01/28/25 | 2005 | International Sureties, LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond #612419725<br>Case No. 24-00189<br>Chapter 11 Bond re 4400 Hunt<br>PL NE, LLC | 0000-000 | | $103.00 | $109,387.93 |

Page Subtotals: $115,939.03  $6,551.10

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No:  24-00189 | | Trustee Name:  Marc E. Albert DC Ch 11 |
| Case Name:  4400 HUNT PL NE LLC | | Bank Name:  Axos Bank |
| | | Account Number/CD#:  XXXXXX0620 |
| | | Checking |
| Taxpayer ID No:  XX-XXX9628 | | Blanket Bond (per case limit): |
| For Period Ending: 04/14/2025 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/25 | | Michael Seidel<br>East Insurance Group<br>6511 Pebble Brooke Rd<br>Baltimore, MD 21209 | Insurance Premium Payment<br>1416 Eastern Avenue (10 Properties)<br>IMAD Confirmation Number:<br>20250205MMQFMP9N001807 | 0000-000 | | $1,570.58 | $107,817.35 |
| 02/06/25 | 2006 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400189<br>Q4 US Trustee Fees re 4400<br>Hunt PL NE LLC - 9002400189 | 0000-000 | | $250.00 | $107,567.35 |
| 02/18/25 | | 4400 Hunt Pl NE LLC<br>c/o Marc Albert, Trustee<br>1775 Pennsylvania Ave NW, Ste. 800<br>Washington, DC 20006 | Trustee Account Sweep - Feb 2025 | | $13,697.20 | | $121,264.55 |
| 02/19/25 | 2007 | 4400 Hunt Pl NE LLC<br>c/o Noble Realty Advisors, LLC<br>11000 Broken Land Parkway, Ste 410<br>Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $3,125.00 | $118,139.55 |
| 03/04/25 | | Michael Seidel<br>6511 Pebble Brooke Rd<br>Baltimore, MD 21209 | Insurance Premium Payment<br>REF: EAST INSURANCE GROUP<br>20250304MMQFMP9N001059<br>20250304B6B7HU4R016761<br>03041731FT01 | 0000-000 | | $1,570.58 | $116,568.97 |
| 03/05/25 | 2008 | Marc E. Albert, Chapter 11 Trustee<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC  20006 | Transfer to Reserve Account | 0000-000 | | $17,500.00 | $99,068.97 |
| 03/26/25 | 2009 | DC Treasurer<br>Office of Tax and Revenue<br>DC Government Real Property Taxes<br>PO Box 718095<br>Philadelphia, PA 19171-8095 | SQL 5127-0114<br>Real Property Tax re 4400<br>HUNT PL NE LLC | 0000-000 | | $6,615.00 | $92,453.97 |
| 04/01/25 | | 4400 Hunt Pl NE LLC<br>4400 Hunt pl NE #100<br>Washington, DC 20019 | Account Sweep<br>March 2025 account sweep<br>from TD Bank account | | $7,100.00 | | $99,553.97 |
| | | | Page Subtotals: | | $20,797.20 | $30,631.16 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 24-00189

Case Name: 4400 HUNT PL NE LLC

Taxpayer ID No: XX-XXX9628

For Period Ending: 04/14/2025

Trustee Name: Marc E. Albert DC Ch 11

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0620

Checking

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/03/25 | | Michael Seidel 6511 Pebble Brooke Rd Baltimore, MD 21209 | Insurance Premium Payment | 0000-000 | | $1,570.58 | $97,983.39 |
| 04/09/25 | 2010 | 4400 Hunt Pl NE LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway, Ste 410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $14,003.80 | $83,979.59 |
| 04/09/25 | 2011 | 4303-13 WHEELER RD SE LLC c/o Noble Realty Advisors 11000 Broken Land Parkway, Suite 410 Columbia, MD 21044 | Intercompany transfer to 4303-13 WHEELER RD SE LLC for A/P Pursuant to Cash Consolidation order [ECF NO. 130] | 0000-000 | | $27,310.39 | $56,669.20 |
| 04/09/25 | 2012 | 4263 6TH ST SE APARTMENTS LLC c/o Noble Realty Advisors 11000 Broken Land Parkway, Suite 410 Columbia, MD 21044 | Intercompany transfer to 4263 6TH ST SE APARTMENTS LLC for A/P Pursuant to Cash Consolidation order [ECF NO. 130] | 0000-000 | | $6,970.10 | $49,699.10 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:                    $0.00         $49,854.87

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0620 - Checking | $0.00 | $0.00 | $49,699.10 |
|  | $0.00 | $0.00 | $49,699.10 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ Marc E. Albert DC Ch 11     Date: 04/14/2025

Marc E. Albert DC Ch 11
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

Page Subtotals:                                                                $0.00              $0.00